UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; BENNY BIRD COMPANY, INC.; SHIRLEY EIKHARD USA MUSIC; EMI BLACKWOOD MUSIC, INC.; SCREEN GEMS-EMI MUSIC, INC.; BEECHWOOD MUSIC CORPORATION; STONE DIAMOND MUSIC CORP.; CAREERS-BMG MUSIC PUBLISHING, INC.; MOEBETOBLAME MUSIC,<br><br>                    Plaintiffs,<br><br>          v.<br><br>LET THE GOOD TIMES ROLL, LLC d/b/a DUGOUT SOUTH; ROBERT RENAUD, individually; and MICHAEL GOLDING, individually,<br><br>                    Defendants. | Case No. 15-cv-3213<br><br>**COMPLAINT** |

Plaintiffs, by their undersigned attorneys, for their Complaint against Defendants Let The Good Times Roll, LLC d/b/a Dugout South, Robert Renaud, and Michael Golding (collectively, "Defendants"), allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

**JURISDICTION AND VENUE**

1. This is an action for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the state of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 8.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions that are the subject of this action. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Songs of Universal, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Benny Bird Company, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Shirley Eikhard USA Music is a sole proprietorship owned by Shirley Rose Eikhard. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff EMI Blackwood Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Screen Gems-EMI Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Beechwood Music Corporation is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Stone Diamond Music Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Careers-BMG Music Publishing, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Moebetoblame Music is a partnership owned by Michael Balzary, John Anthony Frusciante, Anthony Kiedis, and Chad Gaylord Smith. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Defendant Let The Good Times Roll, LLC is a is a limited liability company, organized and existing under the laws of the state of New York, that operates, maintains, and controls an establishment known as Dugout South located at 4029 Hylan Blvd., Staten Isand, NY, 10308 (the "Establishment"), in this district.

15. In connection with the operation of the Establishment, Defendant Let The Good Times Roll, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

16. Defendant Let The Good Times Roll, LLC has a direct financial interest in the Establishment.

17. Defendant Robert Renaud is a principal of Let the Good Times Roll, LLC with primary responsibility for the operation and management of that limited liability company and the Establishment.

18. Defendant Robert Renaud the right and ability to supervise the activities of Defendant Let The Good Times, Roll, LLC and a direct financial interest in that limited liability company and the Establishment.

19. Defendant Michael Golding is a principal of Let The Good Times Roll, LLC with primary responsibility for the operation and management of that limited liability company and the Establishment.

#2218531 v1
110887-90799

20. Defendant Michael Golding the right and ability to supervise the activities of Defendant Let The Good Times, Roll, LLC and a direct financial interest in that limited liability company and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

21. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 20.

22. Plaintiffs allege nine (9) claims of willful copyright infringement based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

23. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the nine (9) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

#2218531 v1
110887-90799

24. For each musical composition identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

25. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

26. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

27. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

28. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

#2218531 v1
110887-90799

WHEREFORE, Plaintiffs pray that:

(I) Defendants their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(II) Defendants be ordered to pay statutory damages pursuant to 17 U.S.C. § 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. § 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: June 3, 2015
New York, New York

**GIBBONS P.C.**

By: /s/ J. Brugh Lower
Mark S. Sidoti
J. Brugh Lower
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Tel: 973-596-4581
Fax: 973-639-6292
msidoti@gibbonslaw.com
jlower@gibbonslaw.com

*Attorneys for Plaintiffs*

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | And I Love You So |
| Line 3 | Writer(s) | Don McLean |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; Benny Bird Company, Inc. |
| Line 5 | Date(s) of Registration | all REs 1/2/01<br>Eps 313149-151 all 6/8/73<br>5/4/73          8/20/70 |
| Line 6 | Registration No(s). | RE 835-124, RE 835-125, RE 835-179<br>Ep 313149, Ep 313150, Ep 313151<br>Ep 311666     Eu 201220 |
| Line 7 | Date(s) of Infringement | 4/6/2015 |
| Line 8 | Place of Infringement | Dugout South |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Something To Talk About AKA Let's Give Them Something To Talk About |
| Line 3 | Writer(s) | Shirley Eikhard |
| Line 4 | Publisher Plaintiff(s) | Shirley Rose Eikhard, an individual d/b/a Shirley Eikhard USA Music; EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 3/17/88 |
| Line 6 | Registration No(s). | PAu 1-069-584 |
| Line 7 | Date(s) of Infringement | 4/6/2015 |
| Line 8 | Place of Infringement | Dugout South |

| Line 1 | Claim No. | 3 | | |
|---|---|---|---|---|
| Line 2 | Musical Composition | Strangers In The Night | | |
| Line 3 | Writer(s) | Bert Kaempfert; Charles Singleton; Eddie Snyder | | |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; Screen Gems-EMI Music, Inc. | | |
| Line 5 | Date(s) of Registration | 4/14/66 | 6/1/66 | |
| Line 6 | Registration No(s). | Eu 930986 | Ep 217595 | |
| Line 7 | Date(s) of Infringement | 4/6/2015 | | |
| Line 8 | Place of Infringement | Dugout South | | |

| Line 1 | Claim No. | 4 | | |
|---|---|---|---|---|
| Line 2 | Musical Composition | We Will Rock You | | |
| Line 3 | Writer(s) | Brian May | | |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation | | |
| Line 5 | Date(s) of Registration | 11/18/77 | 1/30/78 | 7/16/79 |
| Line 6 | Registration No(s). | Eu 846121 | PA 107 | PA 39-056 |
| Line 7 | Date(s) of Infringement | 4/6/2015 | | |
| Line 8 | Place of Infringement | Dugout South | | |

| Line 1 | Claim No. | 5 | |
|---|---|---|---|
| Line 2 | Musical Composition | Wonder Of You a/k/a The Wonder Of You | |
| Line 3 | Writer(s) | Baker Knight | |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc. | |
| Line 5 | Date(s) of Registration | 1/21/86 | 5/5/58 |
| Line 6 | Registration No(s). | RE 280-201 | Eu 522857 |
| Line 7 | Date(s) of Infringement | 4/6/2015 | |
| Line 8 | Place of Infringement | Dugout South | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | You Can't Hurry Love |
| Line 3 | Writer(s) | Eddie Holland; Lamont Dozier; Brian Holland |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 6/14/65 |
| Line 6 | Registration No(s). | Ep 203453 |
| Line 7 | Date(s) of Infringement | 4/6/2015 |
| Line 8 | Place of Infringement | Dugout South |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 7 | |
| Line 2 | Musical Composition | Gypsys, Tramps And Thieves | |
| Line 3 | Writer(s) | Robert Stone | |
| Line 4 | Publisher Plaintiff(s) | Careers-BMG Music Publishing, Inc. | |
| Line 5 | Date(s) of Registration | 8/6/71 | 12/21/71 |
| Line 6 | Registration No(s). | Ep 293637 | Eu 271991 |
| Line 7 | Date(s) of Infringement | 4/6/2015 | |
| Line 8 | Place of Infringement | Dugout South | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Dani California |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 6/1/06 |
| Line 6 | Registration No(s). | PA 1-334-481 |
| Line 7 | Date(s) of Infringement | 4/6/2015 |
| Line 8 | Place of Infringement | Dugout South |

| Line 1 | Claim No. | 9 |
| --- | --- | --- |
| Line 2 | Musical Composition | Rehab |
| Line 3 | Writer(s) | Amy Winehouse |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc. |
| Line 5 | Date(s) of Registration | 3/15/07 |
| Line 6 | Registration No(s). | PA 1-167-207 |
| Line 7 | Date(s) of Infringement | 4/6/2015 |
| Line 8 | Place of Infringement | Dugout South |